UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN CAREATHERS, individually, and on Behalf of All Others Similarly Situated,<br>            Plaintiff,<br>    vs.<br>RED BULL NORTH AMERICA, INC., a California Corporation,<br><br>            Defendants. | Civil Action No. 1:13-CV-0369 (KPF) |
| DAVID WOLF and MIGUEL AMARAZ, individually and on behalf of others similarly situated,<br>            Plaintiff,<br>    vs.<br>RED BULL GMBH, a foreign company; RED BULL NORTH AMERICA, INC., a California Corporation; and RED BULL DISTRIBUTION COMPANY, INC., a Delaware corporation,<br><br>            Defendants. | Civil Action No. 1:13-CV-08008 (KPF) |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Erin Sheley, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for objecting class member Theodore Frank in the above-captioned action.

I am in good standing of the bars of the states of California and the District of Columbia and there are no disciplinary proceedings against me in any state or federal court.

1

Dated: March 26, 2015            Respectfully Submitted,
                                 /s/ Erin Sheley

                                 Erin Sheley
                                 Center for Class Action Fairness
                                 1718 M Street NW, No. 236
                                 Washington, DC 20036
                                 Phone: (617)308-1215
                                 Fax: none
                                 Email: erin.sheley@gmail.com

## Certificate of Service

The undersigned certifies she filed the foregoing Notice on ECF which will send electronic notification to all attorneys registered for ECF-filing.

Dated: March 26, 2015

                                                */s/ Erin Sheley*

                                                Erin Sheley