UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN CAREATHERS, individually and on behalf of all others similarly situated,<br><br>                                Plaintiff,<br><br>vs.<br><br>RED BULL NORTH AMERICA, INC., a California corporation,<br><br>                                Defendant. | Case No. 1:13-CV-0369 (KFP)<br><br><br><br><br><br><br><br>Case No. 1:13-CV-08008 |
| DAVID WOLF and MIGUEL ALMARAZ, individually and on behalf of others similarly situated,<br><br>                                Plaintiffs,<br><br>v.<br><br>RED BULL GMBH, a foreign company; RED BULL NORTH AMERICA, INC., a California corporation; and RED BULL DISTRIBUTION COMPANY, INC., a Delaware corporation,<br><br>                                Defendants. | |

**NOTICE OF APPEAL**

Notice is hereby given that Class Member/Objector Paul J. Lopez appeals to the United States Court of Appeals for the Second Circuit from the Final Judgment and Order of Dismissal (Doc. No. 101) entered in this action on May 12, 2015 and the Order Awarding for Attorney's Fees, Expenses and Service Awards for Named Plaintiff (Doc. No. 102) entered in this action on May 12, 2015 and all orders and opinions that merge therein.  The Class Member/Objector also hereby appeals from any and all orders or judgments approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Class Member/Objector or the objection filed by this Class Member/Objector, including any entered or signed subsequent to this notice of appeal. Dated: May 21, 2015.

/s/David Stein
David Stein
Samuel and Stein
38 West 32nd Street, Suite 1110
New York, NY 10001
Phone: (212) 563-9884
Fax: (212) 563-9870
Email: dstein@samuelandstein.com (DS-2119)

*Attorney for Objector Paul J. Lopez*

## Certificate of Service

I hereby certify that on May 21, 2015, I caused one true and correct copy of the foregoing Objection to be served via ECF and First Class Mail postage prepaid upon the following parties:

Morelli Alters Ratner, LLP
Benedict P. Morelli
David S. Ratner
Adam Deutsch
777 Third Avenue, 31st Floor
New York, NY 10017

Morelli Alters Ratner, LLP
Jeremy W. Alters
Matthew T. Moore
Miami Design District
4141 Northeast 2nd Ave., Suite 201
Miami, FL 33137

Kaplan Fox & Kilsheimer LLP
Laurence D. King
Linda M. Fong
350 Sansome Street, Suite 400
San Francisco, CA 94104

Kaplan Fox & Kilsheimer LLP
Frederic S. Fox
850 Third Avenue, 14th Floor
New York, New York 10022

Kaplan Fox & Kilsheimer LLP
Justin B. Farar
11111 Santa Monica Blvd, Suite 620
Los Angeles, CA 90025

Skadden Arps Slate Meagher & Flom LLP
Jason D. Russell
Hillary A. Hamilton
300 S. Grand Ave. Suite 3400
Los Angeles, CA 90071

Kenneth A. Plevan
Jordan A. Feirman
Four Times Square
New York, NY 10036

Dated: May 21, 2015           */s/ David Stein*
                                                David Stein