UNITED STATES DISTRICTCOURT
SOUTHERN DISTRICT OF NEWYORK

------------------------------------------------------X

BENJAMINCAREATHERS,

       Plaintiff,  13 Civ. 0369(KPF)

 v.

RED BULL NORTH AMERICA,INC.,

       Defendant.: **NOTICE OF APPEAL**

------------------------------------------------------X

DAVID WOLF, *etal.*,

       Plaintiff,

 v.       13 Civ. 8008(KPF)

RED BULL GMBH, *etal.*,

       Defendant.:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 2 201[5]

## NOTICE OF APPEAL

Notice is hereby given that Class Member/Objector Dave Mager ("Mager") appealstotheUnitedStatesCourtofAppealsfortheSecondCircuitfromthe Final Judgment and Order of Dismissal (Doc. No. 101) entered in this action on May 12, 2015; the Order For Awarding Attorneys' Fees, Service Fees, and Reimbursement of Expenses (Doc. No. 102) entered in this action on May 12,2015; andallordersand opinions that merge therein. Mager also hereby appeals from any andall ordersorjudgmentsapprovingtheclasssettlement,classcounsel'sattorney s'feesorexpenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying Mager or his objection, including any entered or signed subsequent to this notice of appeal.

Dated: May 26,2015                    Respectfullysubmitted,

*/s/ Dave Mager*

Dave Mager
10121 Page Road
Streetsboro, Ohio 44241
(330) 819-7254
Appearing Pro Se

## Certificate of Service

The undersigned hereby certifies that the foregoing Notice of Appeal was served by First Class U.S. Mail to the following on May 26, 2015:

Clerk of theCourt
United States DistrictCourt
Southern District of NewYork
500 PearlStreet
New York, NY10007-1312

By virtue of the clerk's filing Mager's Notice of Appeal into the case docketthroughtheCM/ECFsystem, I also caused electronicnoticeofthefilingto be served upon all attorneys ofrecord.

_____
Dave Mager