**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| BENJAMIN CAREATHERS, individually, and on behalf of all others similarly situated, | : : : | 1:13-CV-0369 (KPF) |
| | : | ECF Case |
| Plaintiff, | : : | Electronically Filed |
| - against - | : : : | |
| RED BULL NORTH AMERICA, INC., a California corporation, | : : | |
| Defendant. | : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| DAVID WOLF and MIGUEL ALMARAZ, individually and on behalf of others similarly situated, | : : : | 1:13-cv-08008 (KPF) |
| | : | **PLAINTIFFS' NOTICE OF MOTION** |
| Plaintiffs, | : : | **FOR AN APPEAL BOND** |
| v. | : : | |
| RED BULL GMBH, a foreign company; RED BULL NORTH AMERICA, INC., a California corporation; and RED BULL DISTRIBUTION COMPANY, INC., a Delaware corporation, | : : : : : | |
| Defendants. | : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Laurence D. King
Linda M. Fong
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  (415) 772-4700
Facsimile:   (415) 772-4707
lking@kaplanfox.com
lfong@kaplanfox.com

Frederic S. Fox
Melinda Campbell
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
ffox@kaplanfox.com
mcampbell@kaplanfox.com

Justin B. Farar
KAPLAN FOX & KILSHEIMER LLP
11111 Santa Monica Blvd, Suite 620
Los Angeles, CA 90025
Telephone:  (310) 575-8670
Facsimile:   (310) 575-8697
jfarar@kaplanfox.com

*Attorneys for Plaintiffs David Wolf and
Miguel Almaraz*


Benedict P. Morelli
bmorelli@morellilalters.com
David S. Ratner
dratner@morellialters.com
Adam Deutsch
adeutsch@morellialters.com
MORELLI ALTERS RATNER, LLP
777 Third Avenue, 31st Floor
New York, NY 10017

Jeremy W. Alters
jalters@morellialters.com
Matthew T. Moore
mmoore@morellialters.com
MORELLI ALTERS RATNER, LLP
2675 Northeast 188th Street
Miami, Florida 33180

*Attorneys for Plaintiff Benjamin Careathers*

Plaintiffs Benjamin Careathers, David Wolf, and Miguel Almaraz, ("Plaintiffs"), hereby give notice of moving the Court for entry of an Order requiring objectors-appellants Paul J. Lopez and Dave Mager ("Appellants") to post an appeal bond of $75,000 pursuant to Federal Rule of Appellate Procedure 7, to secure the costs Plaintiffs expect to incur as a result of their pending appeals.

In support of this motion, Plaintiffs rely upon: (a) the record herein; (b) the accompanying Plaintiffs' Memorandum of Law in Support of the Motion for Appeal Bond; (c) the Declaration of Laurence D. King in Support of the Motion for Appeal Bond and Exhibits thereto; and (d) the accompanying Declaration of Jennifer M. Keough Regarding Estimate of Additional Costs for Settlement Administration Due to Pending Appeals.

WHEREFORE, for the reasons stated in the instant Motion and accompanying Memorandum of Law in Support, Plaintiffs respectfully request that the Court enter an Order requiring Appellants post an appeal bond in the amount of $75,000.

Respectfully submitted,

Dated:   San Francisco, CA
July 24, 2015

KAPLAN FOX & KILSHEIMER LLP

By:   _/s/ Laurence D. King_
Laurence D. King

Laurence D. King
Linda M. Fong
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  (415) 772-4700
Facsimile:   (415) 772-4707
lking@kaplanfox.com
lfong@kaplanfox.com

KAPLAN FOX & KILSHEIMER LLP
Frederic S. Fox
Melinda Campbell
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
ffox@kaplanfox.com
mcampbell@kaplanfox.com

KAPLAN FOX & KILSHEIMER LLP
Justin B. Farar
11111 Santa Monica Blvd, Suite 620
Los Angeles, CA 90025
Telephone:  (310) 575-8670
Facsimile:   (310) 575-8697
jfarar@kaplanfox.com

*Attorneys for Plaintiffs David Wolf & Miguel Almaraz*


MORELLI ALTERS RATNER, LLP
Benedict P. Morelli
David S. Ratner
Adam Deutsch
777 Third Avenue, 31st Floor
New York, NY 10017
bmorelli@morellilalters.com
dratner@morellialters.com
adeutsch@morellialters.com

MORELLI ALTERS RATNER, LLP
Jeremy W. Alters
Matthew T. Moore
Miami Design District
2675 N.E. 188th Street
Miami, Florida 33180
jalters@morellialters.com
mmoore@morellialters.com

*Attorneys for Plaintiff Benjamin Careathers*