**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| BENJAMIN CAREATHERS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>RED BULL NORTH AMERICA, INC., a California corporation,<br><br>Defendant. | : | 1:13-CV-0369 (KPF)<br><br>ECF Case<br><br>Electronically Filed |
| DAVID WOLF and MIGUEL ALMARAZ, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RED BULL GMBH, a foreign company; RED BULL NORTH AMERICA, INC., a California corporation; and RED BULL DISTRIBUTION COMPANY, INC., a Delaware corporation,<br><br>Defendants. | : | 1:13-cv-08008 (KPF)<br><br>**DECLARATION OF LAURENCE D. KING IN SUPPORT OF PLAINTIFFS' MOTION FOR AN APPEAL BOND** |

Laurence D. King
Linda M. Fong
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
lking@kaplanfox.com
lfong@kaplanfox.com

Frederic S. Fox
Melinda Campbell
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
ffox@kaplanfox.com
mcampbell@kaplanfox.com

Justin B. Farar
KAPLAN FOX & KILSHEIMER LLP
11111 Santa Monica Blvd, Suite 620
Los Angeles, CA 90025
Telephone: (310) 575-8670
Facsimile: (310) 575-8697
jfarar@kaplanfox.com

*Attorneys for Plaintiffs David Wolf and Miguel Almaraz*

Benedict P. Morelli
David S. Ratner
Adam Deutsch
MORELLI ALTERS RATNER, LLP
777 Third Avenue, 31st Floor
New York, NY 10017
bmorelli@morellilalters.com
dratner@morellialters.com
adeutsch@morellialters.com

Jeremy W. Alters
Matthew T. Moore
MORELLI ALTERS RATNER, LLP
Miami Design District
2675 N.E. 188th Street
Miami, Florida 33180
jalters@morellialters.com
mmoore@morellialters.com

*Attorneys for Plaintiff Benjamin Careathers*

I, Laurence D. King, do declare:

1. I am a partner with Kaplan Fox & Kilsheimer LLP, one of the Court-appointed Plaintiffs' Lead Counsel in this litigation. I respectfully submit this declaration in support of Plaintiffs' Motion For An Appeal Bond. I have personal knowledge of the matters referred to herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Order Denying Objections to the Settlement and Fees, and Motion to Intervene, and for Pro Hac Vice Admission entered in *Brown v. Wal-Mart Stores, Inc*., No. 01 L 85, (Ill. Cir. Ct. Oct. 29, 2009).

3. Attached hereto as Exhibit B is a true and correct copy of the Notice of Appeal filed on November 18, 2014, by objector Dave Mager in *Mirakay v. Dakota Growers Pasta Co., Inc*. ("*Mirkay*"), No. 1:13-cv-4429 (D.N.J.) (ECF No. 86).

4. Attached hereto as Exhibit C is a true and correct copy of the Motion to Voluntarily Dismiss Appeal filed on December 12, 2014, by objector Dave Mager in *Mirakay*.

5. Attached hereto as Exhibit D is a true and correct copy of the Notice of Appeal filed on January 7, 2015 by appellant and objector Monica Mager in *Howerton v. Cargill, Inc.* ("*Cargill*"), No. 1:13-cv-00336 (D. Hawaii).

6. Attached hereto as Exhibit E is a true and correct copy of the Stipulated Motion to Voluntarily Dismiss Appeal filed on January 26, 2015 on behalf of appellant and objector Monica Mager in *Cargill*.

7. Attached hereto as Exhibit F is a true and correct copy of "U.S. Court of Appeals Summary—12-Month Period Ending March 31, 2015."

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 24th day of July, 2015 at San Francisco, California.

/s/ *Laurence D. King*
Laurence D. King