UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN CAREATHERS, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>RED BULL NORTH AMERICA, INC., a California corporation,<br><br>      Defendant. | Case No. 1:13-CV-0369 (KFP) |
| DAVID WOLF and MIGUEL ALMARAZ, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>RED BULL GMBH, a foreign company; RED BULL NORTH AMERICA, INC., a California corporation; and RED BULL DISTRIBUTION COMPANY, INC., a Delaware corporation,<br><br>      Defendants. | Case No. 1:13-CV-08008 |

**OBJECTOR/APPELLANT PAUL J. LOPEZ'S SUR-REPLY
IN OPPOSITION TO PLAINTIFFS' MOTION FOR APPEAL BOND**

Paul J. Lopez, Appellant and Objector herein, files this Sur-Reply in Opposition (the "Sur-Reply") to Plaintiffs' Reply Memorandum (Dkt. No. 119) filed on August 12, 2015.

**SUR-REPLY**

Legal research has uncovered no appellate cases that have allowed costs of administrative delay in a class action settlement to be included in a Rule 7 cost bond and plaintiffs have cited none. In December of 2014, in *Tennille v. Western Union Co.*, 774 F.3d 1249 (10th Cir. 2014), the Tenth Circuit surveyed the various federal courts of appeal on the question of whether a Rule 7 cost bond may include damages due to the delay that objectors' appeals might cause. The court observed that:

> Although Plaintiffs can point to several unreported district court cases imposing appeal bonds that cover delay damages or increased administrative costs to maintain a class settlement pending appeal, we do not find the reasoning of those cases persuasive in light of the unanimous circuit authority restricting an appeal bond to costs expressly permitted by rule or statute.

*Id.* at 1256 (citing cases including *Adsani v. Miller*, 139 F.3d 67 (2d Cir. 1998)). This Court's sister courts hold the same. *See In re AOL Time Warner, Inc.*, 2007 WL 2741033, at *4 (Sept. 20, 2007; *see also In re Currency Conversion Fee Antitrust Litig.*, 2010 WL 1253741, at *3 (S.D.N.Y. Mar. 5, 2010). There is no rule or statute that ***expressly permits*** a district court to impose damages against objectors as costs due to delays in administering a settlement while an appeal is pending. The circuit courts of appeal are unanimous on this issue. The appeal bond should be limited to no more than $5,000, and Mr. Lopez does not oppose a Rule 7 appeal bond in that amount.

**CONCLUSION**

Mr. Lopez respectfully requests that, to the extent the Court orders a bond in this case, the bond should not exceed $5,000. The request for a $75,000 appeal bond should be denied.

Dated: August 19, 2015.

/s/David Stein
David Stein
Samuel and Stein
38 West 32nd Street, Suite 1110
New York, NY 10001
Phone: (212) 563-9884
Fax: (212) 563-9870
Email: dstein@samuelandstein.com (DS-2119)

*Attorney for Objector/Appellant Paul J. Lopez*

## Certificate of Service

I hereby certify that on August 19, 2015, I caused one true and correct copy of the foregoing Objection to be served via ECF and First Class Mail postage prepaid upon the following parties:

Morelli Alters Ratner, LLP
Benedict P. Morelli
David S. Ratner
Adam Deutsch
777 Third Avenue, 31st Floor
New York, NY 10017

Morelli Alters Ratner, LLP
Jeremy W. Alters
Matthew T. Moore
Miami Design District
4141 Northeast 2nd Ave., Suite 201
Miami, FL 33137

Kaplan Fox & Kilsheimer LLP
Laurence D. King
Linda M. Fong
350 Sansome Street, Suite 400
San Francisco, CA 94104

Kaplan Fox & Kilsheimer LLP
Frederic S. Fox
850 Third Avenue, 14th Floor
New York, New York 10022

Kaplan Fox & Kilsheimer LLP
Justin B. Farar
11111 Santa Monica Blvd, Suite 620
 Los Angeles, CA 90025

Skadden Arps Slate Meagher & Flom LLP
Jason D. Russell
Hillary A. Hamilton
300 S. Grand Ave. Suite 3400
Los Angeles, CA 90071

4

OBJECTOR/APPELLANT PAUL J. LOPEZ'S SUR-REPLY CONCERNING PLAINTIFFS' MOTION FOR APPEAL BOND

Kenneth A. Plevan
Jordan A. Feirman
Four Times Square
New York, NY 10036

                                               */s/ David Stein*
                                               David Stein

OBJECTOR/APPELLANT PAUL J. LOPEZ'S SUR-REPLY CONCERNING PLAINTIFFS'
MOTION FOR APPEAL BOND