N.Y.S.D. Case #
13-cv-0369(KPF)

**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of September, two thousand and fifteen.

_____

Benjamin Careathers, *et al.*,

    Plaintiffs-Appellees,

    v.

Red Bull GmbH, a foreign corporation, Red Bull North America, Inc., a California corporation,

    Defendants-Appellees,

    v.

Paul J. Lopez, Dave Mager,

    Objectors-Appellants.

_____

**ORDER**
Docket Nos. 15-1715(L)
15-1821(Con)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/30/2015

Appellant Dave Mager moves for voluntary dismissal of his appeal in 15-1821, pursuant to FRAP 42(b).

IT IS HEREBY ORDERED that the motion is GRANTED. Each side shall bear its own costs and fees in connection with this appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/30/2015