USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 2, 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

DAVID WOLF, *et al.*,

                              Plaintiffs,        13 Civ. 8008 (KPF)

      v.                                    <u>ORDER</u>

RED BULL GMBH, *et al.*,

                              Defendants.

------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

      The Clerk of Court is directed to terminate the motion at Docket Entry 47.

      SO ORDERED.

Dated:    March 2, 2016
           New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge